# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAMON CHAPPELLE,** | : CIVIL ACTION NO. 4:11-CV-304 |
| Plaintiff | : |
| | : (Judge Conner) |
| v. | : |
| | : |
| **DAVID A. VARANO,** *et al.*, | : |
| Defendants | : |

## ORDER

AND NOW, this 19th day of September, 2012, upon consideration of defendants' motion for leave to exceed page limit (Doc. 42), it is hereby ORDERED that said motion is GRANTED. Defendants may file a brief of no more than forty-five (45) pages in length, exclusive of the cover page, table of contents, table of authorities and certificate of service.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge