# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Damon Chappelle,** | : | |
| Plaintiff | : | Civil Action - Law |
| | : | No. 11-0304 |
| v. | : | |
| | : | (Judge Conner) |
| **David Varano, John Dunn, Deborah Herbst, Michelle Kodack, Renee Foulds,** | : | |
| | : | Electronically Filed |
| | : | |
| Defendants | : | |

### DEFENDANT'S EXHIBITS IN SUPPORT OF DEFENDANTS' STATEMENT OF MATERIAL FACTS

                                                 **Respectfully submitted,**

                                                 **LINDA L. KELLY**
                                                 **Attorney General**

                           **By:**    *s/ Timothy P. Keating*
                                                 **TIMOTHY P. KEATING**
                                                 Senior Deputy Attorney General
                                                 Attorney I.D. No. 44874

                                                 **GREGORY R. NEUHAUSER**
**Office of Attorney General**         Chief Deputy Attorney General
**Litigation Section**                  Chief, Litigation Section
**15th Floor, Strawberry Square**
**Harrisburg, PA 17120**
**Phone: (717) 705-8580**
**Fax: (717) 772-4526**
tkeating@attorneygeneral.gov
**Date: September 24, 2012**

## TABLE OF CONTENTS

Deposition transcript of David Varano
    Dated June 22, 2012 ...................................................................................... Exhibit A

Deposition transcript of Michelle Kodack
    Dated June 20, 2012 ....................................................................................... Exhibit B

Deposition transcript of Michelle Kodack
    Dated June 21, 2012 ....................................................................................... Exhibit C

Deposition transcript of Deborah Herbst
    Dated July 6, 2012 ........................................................................................ Exhibit D

Deposition transcript of Renee Foulds
    Dated June 21, 2012 ....................................................................................... Exhibit E

Deposition transcript of John Dunn
    Dated June 21, 2012 ....................................................................................... Exhibit F

Deposition transcript of Jennifer Shurock (Pijar)
    Dated August 16, 2012 .................................................................................. Exhibit G

Deposition transcript of John Janis
    Dated August 8, 2012 ................................................................................... Exhibit H

Deposition transcript of Damon Chappelle (Jessup) .................................. Exhibit I
    Dated July 24, 2012

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| **Damon Chappelle,** | : | | |
| Plaintiff | : | Civil Action - Law | |
| | : | No. 11-0304 | |
| v. | : | | |
| | : | (Judge Conner) | |
| **David Varano, John Dunn, Deborah Herbst, Michelle Kodack, Renee Foulds,** | : | Electronically Filed | |
| Defendants | : | | |

I, Timothy P. Keating, Senior Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on September 24, 2012, I caused to be served a true and correct copy of the foregoing document titled Exhibit List in Support of Defendants' Statement of Material Facs to the following:

**VIA ECF:**

**Jennifer J. Tobin, Esq.**
**Pennsylvania Institute Law Project**
**718 Arch Street, Suite 304 South**
**Philadelphia, PA 19106**
*Attorney for Plaintiff*

                                                    *s/Timothy P. Keating*
                                                    **TIMOTHY P. KEATING**
                                                    Senior Deputy Attorney General