**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DAMON CHAPPELLE,** | : | **CIVIL ACTION NO. 4:11-CV-304** |
| Plaintiff | : | |
| | : | **(Judge Conner)** |
| v. | : | |
| | : | |
| **DAVID A. VARANO,** *et al.*, | : | |
| Defendants | : | |

## ORDER

AND NOW, this 11th day of October, 2012, upon consideration of Plaintiff's Concurred-In Motion (Doc. 47) to Exceed Page Limitations and Enlarge Time to File his Response in Opposition to Defendants' Motion for Summary Judgment, it is hereby ORDERED that said motion is GRANTED. Plaintiff shall be permitted to file a responsive brief of up to forty-five (45) pages and shall be permitted to file said brief on or before October 22, 2012.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge