# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAMON CHAPPELLE | : | |
| Plaintiff, | : | Civil Action - Law |
| | : | No. 11-0304 |
| v. | : | |
| | : | (Judge Conner) |
| DAVID VARANO, JOHN DUNN, | : | |
| DEBORAH HERBST, MICHELLE | : | Electronically Filed |
| KODACK and RENEE FOULDS | : | |
| Defendants, | : | |

## DEFENDANTS' MOTION FOR EXTRA TIME TO RESPOND TO PLAINTIFF'S COUNTER STATEMENT OF FACTS AND BRIEF IN OPPOSITION TO DFENDANTS' SUMMARY JUDGMENT MOTION

AND NOW this 31st day of October 2012 comes the Defendants by and through their counsel of record who submits the following in support of the hereinafter request for relief:

1.   Plaintiff filed this action alleging that he was held past his maximum sentence at SCI Coal Township in violation of his Eighth Amendment rights.

2.   Discovery is closed and Defendants filed a Motion for Summary Judgment, a Statement of Material Facts in Support thereof, and a brief in support of the motion.

3.      Plaintiff filed a response to Defendants' statement of material facts, a counterstatement of facts (consisting of over 180 factual assertions) and a brief in opposition to Defendants' motion on October 23, 2012 (doc. 49, 50, 51).

4.      Defendants' reply brief, and response to Plaintiff's counterstatement of facts is due on or before November 9, 2012, pursuant to the applicable rules of court.

5.      Defendants' counsel is in need of additional time to properly respond to Plaintiff's counterstatement of facts and to draft, complete, and file a reply brief to Plaintiff's brief in opposition due to Defendants' counsel's case load and the recent closing of counsel's office for two days based on the recent storm.

6.      Defendants' counsel is requesting a one week extension of time from the Court to file a response to Plaintiff's counterstatement of facts and brief in opposition to Defendants' motion for summary judgment.

7.      Plaintiff's counsel concurs with the granting of the current motion and the granting of same will not unduly prejudice the parties involved, or unnecessarily prolong the resolution of the current case.

WHEREFORE the Defendants' counsel respectfully requests that the time to file an answer to Plaintiff's counter statement of facts and a brief in reply to

Plaintiff's brief opposing Defendants' motion be extended for one week from November 9, 2012.

                                  **Respectfully submitted,**

                                  **LINDA L. KELLY**
                                  **Attorney General**

                        **By:**   *s/Timothy P. Keating*
                                  **TIMOTHY P. KEATING**

**Office of Attorney General**        **Senior Deputy Attorney General**
**15th Floor, Strawberry Square**   **Attorney ID 44874**
**Harrisburg, PA 17120**
**Phone: (717) 705-8580**          **SUSAN J. FORNEY**
**Fax:   (717) 772-4526**          **Chief Deputy Attorney General**
**tkeating@attorneygeneral.gov**    **Chief, Civil Litigation Section**

**Date: October 31, 2012**             **Counsel for Varano, Dunn,**
                                        **Herbst, Kodack, and Foulds**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAMON CHAPPELLE | : | |
| Plaintiff, | : | Civil Action - Law |
| | : | No. 11-0304 |
| v. | : | |
| | : | (Judge Conner) |
| DAVID VARANO, JOHN DUNN, | : | |
| DEBORAH HERBST, MICHELLE | : | Electronically Filed |
| KODACK and RENEE FOULDS | : | |
| Defendants, | : | |

## CERTIFICATE OF SERVICE

I, Timothy P. Keating, Senior Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on October 31, 2012I caused to be served a true and correct copy of the foregoing document titled to:

**VIA ELECTRONIC FILING**
**Jennifer J. Tobin, Esq.**
**718 Arch Street**
**Suite 304 South**
**Philadelphia, PA 19106**
*Attorney for plaintiff*

    *s/Timothy P. Keating*
**TIMOTHY P. KEATING**
Senior Deputy Attorney General