# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAMON CHAPPELLE,** | : | **CIVIL ACTION NO. 4:11-CV-304** |
| Plaintiff | : | |
| | : | **(Judge Conner)** |
| v. | : | |
| | : | |
| **DAVID A. VARANO,** *et al.*, | : | |
| Defendants | : | |

## ORDER

AND NOW, this 1st day of November, 2012, upon consideration of defendants' motion for extension of time (Doc. 53), it is hereby ORDERED that said motion is GRANTED. Defendants' reply brief to plaintiff's brief in opposition to summary judgment and answer to plaintiff's counter statement of facts is due on or before November 16, 2012.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge