**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DAMON CHAPPELLE,** | : | **CIVIL ACTION NO. 4:11-CV-304** |
| **Plaintiff** | : | |
| | : | **(Judge Conner)** |
| **v.** | : | |
| | : | |
| **DAVID A. VARANO**, *et al.*, | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 17th day of December, 2012, upon consideration of the

parties' joint motion to postpone pretrial deadlines (Doc. 57), it is hereby

ORDERED that said motion is GRANTED.  All pretrial deadlines are STAYED

pending disposition of the motion for summary judgment.


  S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge