IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAMON CHAPPELLE, | : | Case No. 4:11-CV-0304 |
| | : | |
| Plaintiff, | : | (Judge Brann) |
| | : | |
| v. | : | |
| | : | |
| DAVID A. VARANO, et. al., | : | |
| | : | |
| Defendants. | : | |

**ORDER**
February 4, 2013

This action was recently reassigned to the undersigned. The court will stay all trial deadlines in cases with outstanding motions for summary judgment, pending the resolution by the court of these motions. Upon disposition of the summary judgment motions, if the case is not dismissed in its entirety, the court will issue a scheduling order setting the case for trial. Please be advised that the court is prioritizing cases with pending summary judgment motions. However, due to the large volume of cases with pending summary judgment motions, the court desires to spare counsel the time and expense of preparing for trial until disposition of the motion(s).

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge